ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4-17CR175-Y |
| ANNETTE WARD (01) | |



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 20 2017
CLERK, U.S. DISTRICT COURT
By_____
       Deputy

INFORMATION

The United States Attorney Charges:

Count One

Maintaining Drug-Involved Premises
(Violation of 21 U.S.C. § 856(a)(1))

Beginning in or before January 2014 and continuing until in or around January 2016, in the Fort Worth Division of the Northern District of Texas, defendant **Annette Ward** knowingly and intentionally used and maintained a place at xxxx Sanguinet Street, Fort Worth, Texas, for the purpose of distributing and using a controlled substance, namely: methamphetamine.

In violation of 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2.

JOHN R. PARKER
UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455

**Information – Page 1**