IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 18 2017

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | No. 4:17-CR-175-Y |
| ANNETTE WARD (01) | |

## FACTUAL RESUME

PLEA:

    Count One: Maintaining a Drug Involved Premises (methamphetamine) (in violation of 21 U.S.C. § 856(a)(1))

Penalties: The penalties the Court can impose include:

    a. imprisonment for a period of not more than 20 years;

    b. a fine not to exceed $500,000, or twice any pecuniary gain to the defendant;

    c. a term of supervised release not to exceed 3 years, which must follow any term of imprisonment. If Defendant violates the conditions of supervised release, he could be imprisoned for the entire term of supervised release;

    d. a mandatory special assessment of $100;

    e. restitution to victims or to the community, which may be mandatory under the law, and which Defendant agrees may include restitution arising from all relevant conduct, not limited to that arising from the offense of conviction alone; and

    f. costs of incarceration and supervision.

ESSENTIAL ELEMENTS OF THE OFFENSES:

To establish the offense alleged in the Information, the Government must prove the following element(s) beyond a reasonable doubt:

That the defendant knowingly used any place, permanently or temporarily, for the purpose of distributing or using any controlled substance.

## STIPULATED FACTS:

Since in or before January 2014 and continuing until in or around ~~January 2016~~ June 2015, Annette Ward has allowed others, such as Jessica Ward and Manuel Carlos Gonzalez, Jr. to conduct methamphetamine-transactions at her residence, xxxx Sanguinet Street, Fort Worth, Texas. In exchange, Annette Ward received personal use amounts of methamphetamine. Sometimes, Annette Ward would not be aware of the actual amounts of methamphetamine being bought and sold at her residence by Jessica Ward and Manuel Carlos Gonzalez, Jr. Therefore, Annette Ward, Jessica Ward, and Manuel Carlos Gonzalez, Jr. used Annette Ward's residence, located at xxxx Sanguinet Street, Fort Worth, Texas, for the purpose of distributing methamphetamine.

SIGNED on this 30 day of August, 2017.

_Annette Ward_
ANNETTE WARD
Defendant

_Erin Hendricks_
ERIN HENDRICKS
Attorney for Defendant